UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. CR18-217-RSM
    Plaintiff, )
)
    v. )
) DETENTION ORDER
JEROME ISHAM, )
)
    Defendant. )
_____ )

<u>Offense charged</u>:    Conspiracy to Distribute Controlled Substances; Possession of Furanyl Fentanyl with Intent to Distribute (3 counts); Attempted Possession of Furanyl Fentanyl with Intent to Distribute (2 counts); Felon in Possession of a Firearm; Possession of a Firearm in Furtherance of a Drug Trafficking Offense; Asset Forfeiture Allegations

<u>Date of Detention Hearing</u>:    October 24, 2019

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant was previously charged in CR18-199JCC, and a detention order was entered (Dkt 21)and defendant has been in the custody of the Bureau of Prisons since entry of that order. He is charged now by Second Superseding Indictment in the instant matter, and the government may be moving to dismiss the previous matter. Defendant was not re-interviewed by Pretrial Services and does not contest detention in this case.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 24th day of October, 2019.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3