1                                              Chief Judge Ricardo S. Martinez

2

4

5                              UNITED STATES DISTRICT COURT
                           FOR THE WESTERN DISTRICT OF WASHINGTON
6                                           AT SEATTLE

7    UNITED STATES OF AMERICA,              )
                                            )    No. CR18-00217RSM
8                              Plaintiff,   )
                                            )
9              vs.                          )    ORDER GRANTING LEAVE TO FILE
                                            )    OVERLENGTH BRIEF RE MOTION TO
10   JEROME ISHAM,                          )    DISMISS
                                            )
11                             Defendant.   )
                                            )
12

13         This motion having come before the Court on the motion of defendant Jerome Isham for

14   an order granting leave to file a brief in excess of 12 Pages, now, therefore,

15   IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Isham may file a brief in excess

16   of 12 pages regarding his motion to dismiss due to conflicts and outrageous government conduct.

17   DONE this 3rd day of August, 2020.

18

19                                              RICARDO S. MARTINEZ
                                                CHIEF UNITED STATES DISTRICT JUDGE
20

21   Presented by:

     s/ Michael G. Martin                       s/ Abigail W. S. Cromwell
22   Michael G. Martin, WSBA #11508             Abigail W.S. Cromwell, WSBA #39712
     Counsel for Jerome Isham                   Counsel for Jerome Isham


     ORDER GRANTING LEAVE TO FILE               **Michael G. Martin**
     OVERLENGTH BRIEF                           Siderius Lonergan & Martin LLP
     (Isham, CR18-00217RSM) - 1                 500 Union Street, Suite 847
                                                Seattle, WA  98101
                                                (206) 624-2800 FAX (206) 624-2805