Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JEROME ISHAM,<br><br>  Defendant. | Case No.: CR18-00217 RSM<br><br>ORDER GRANTING LEAVE TO FILE MOTION TO DISMISS UNDER SEAL |

This matter having come before the Court on the motion of Jerome Isham for an order pursuant to CrR 55(c), Local Rules for the W.D. Wash., granting him leave to file his Motion to Dismiss, Dkt. No. 431, under seal, the Court finds that the motion references an individual whose name should not be made public at this time because of the security risk created by publication of the name.  Now, therefore,

IT IS HEREBY ORDERED that the defendant is granted leave to file his Motion to Dismiss Dkt. No. 431, under seal.  The motion will remain sealed until further order of the Court.

DONE this 3rd day of August, 2020.

ORDER GRANTING LEAVE TO FILE
MOTION TO DISMISS UNDER SEAL
CR18-00217 RSM (Isham) - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA  98101
(206) 624-2800
FAX (206) 624-2805

 

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Michael G. Martin*
Michael G. Martin, WSBA #11508
Counsel for Jerome Isham

*s/ Abigail W. S. Cromwell*
Abigail W.S. Cromwell, WSBA #39712

ORDER GRANTING LEAVE TO FILE
MOTION TO DISMISS UNDER SEAL
CR18-00217 RSM (Isham) - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805