Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JEROME ISHAM,<br><br>　　　　Defendant. | Case No.: CR18-00217 RSM<br><br>ORDER GRANTING MOTION TO FILE EXHIBIT B TO MOTION TO SUPPRESS UNDER SEAL |

This matter having come before the Court in the motion of the defendant to file Exhibit B to Mr. Isham's Motion to Suppress under seal, the Court finds that the produced document has been designated as protected. This Court's Protective Order requires materials so designated to be filed under seal. Now, therefore,

IT IS HEREBY ORDERED that the motion is granted.

DONE this 3rd day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO FILE
EXHIBIT B TO MOTION TO SUPPRESS
UNDER SEAL
CR18-00217 RSM (Isham) - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA  98101
(206) 624-2800
FAX (206) 624-2805

/

Presented by:

| | |
|---|---|
| *s/ Michael G. Martin* | *s/ Abigail W. S. Cromwell* |
| Michael G. Martin, WSBA #11508 | Abigail W.S. Cromwell, WSBA #39712 |
| Counsel for Jerome Isham | |

ORDER GRANTING MOTION TO FILE
EXHIBIT B TO MOTION TO SUPPRESS
UNDER SEAL

CR18-00217 RSM (Isham) - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805