Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR18-00217RSM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING LEAVE TO FILE |
| | ) | OVERLENGTH BRIEF |
| JEROME ISHAM, | ) | |
| | ) | |
| Defendant. | ) | |

This motion having come before the Court on the motion of defendant Jerome Isham for an order granting leave to file a brief in excess of 12 pages, now, therefore,

IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Isham may file a brief in excess of 12 pages regarding his Third Motion And Memorandum In Support of Reopening

/

/

ORDER GRANTING LEAVE TO FILE
OVERLENGTH BRIEF
(Isham, CR18-00217RSM) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805

Detention Hearing Under 18 U.S.C. § 3142(f).

DONE this 4th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Michael G. Martin*
Michael G. Martin, WSBA #11508
Counsel for Jerome Isham

ORDER GRANTING LEAVE TO FILE
OVERLENGTH BRIEF
(Isham, CR18-00217RSM) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805