The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>      v.<br><br>JEROME ISHAM,<br><br>   Defendant. | NO. CR18-217 RSM<br><br>ORDER GRANTING MOTION TO SEAL |

Having considered the United States' Motion to Seal in the above-captioned case and the reasons set forth therein, and finding good cause,

It is hereby ORDERED that the United States' Motion to Seal is GRANTED. The United States' Exhibit A to its Opposition to Defendant Isham's Motion in Support of Reopening Detention Hearing (dkt. 642) shall be sealed and remain sealed until further order of the Court.

DATED this 6th day of January, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SEAL - 1
U.S. v. Jerome Isham, et al.; CR18-217 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Mike Lang*
MIKE LANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: mike.lang@usdoj.gov

ORDER TO SEAL - 2
*U.S. v. Jerome Isham, et al.;* CR18-217 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970