THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0217-JCC-9 |
| Plaintiff, | ORDER |
| v. | |
| JEROME ISHAM, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. On November 23, 2021, the Court sentenced Defendant Jerome Isham to a total imprisonment of 120 months. (*See* Dkt. No. 970.) For purposes of the judgment, the Court confirms that, in formulating Defendant's sentence, the Court disregarded the portions of the presentence report to which Defendant objected. (*See* Dkt. No. 963 at 6.)

DATED this 30th day of November 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0217-JCC-9
PAGE - 1