THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEROME ISHAM,<br><br>Defendant. | CASE NO. CR18-0217-JCC<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL |

This matter comes before the Court on Defense Counsel's unopposed motion for leave to withdraw as counsel in this case and for the appointment of new counsel for the appeal (Dkt. No. 965). Having thoroughly considered the motion, and the balance of the record, the Court hereby FINDS that good cause exists for the withdrawal of Counsel. It is hereby ORDERED that Michael G. Martin and Abigail W.S. Cromwell are granted leave to withdraw as counsel for the defendant in this matter. It is further ORDERED that substitute CJA counsel be appointed to represent Mr. Isham for his appeal.

//
//
//
//
//

ORDER GRANTING MOTION FOR LEAVE TO
WITHDRAW AND FOR APPOINTMENT OF
NEW COUNSEL
PAGE - 1

1     DATED this 13th day of December 2021.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE