JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR18-217-JCC |
| Plaintiff, | ) |
| | ) ORDER RE: |
| v. | ) APPLICATION TO REVIEW JURY |
| | ) QUESTIONNAIRES |
| JEROME ISHAM, | ) |
| | ) |
| Defendant. | ) |

The Court has reviewed the defendant's Application to Review Jury Questionnaires, and being fully advised,

HEREBY ORDERS that Mr. Isham's attorney, Lynn C. Hartfield, shall be permitted to review the jury questionnaires in the above-captioned case. Counsel shall coordinate with the Jury Administrator to obtain the specific questionnaires needed.

If counsel determines that any questionnaires are relevant to Mr. Isham's pending appeal in Ninth Circuit No. 21-30252, counsel is ordered to transmit the questionnaires to the Ninth Circuit under seal. If counsel determines that the questionnaires are not relevant to the appeal, counsel shall destroy all copies of questionnaires transmitted to her.

ORDER RE: APPLICATION TO REVIEW JURY QUESTIONNAIRES
*U.S. v. Jerome Isham*, 18-cr-217-JCC – Page 1

LAW OFFICE OF LYNN C. HARTFIELD, LLC
387 CORONA ST., SUITE 617
Denver, Colorado 80218
(720) 588-0571

DATED this 6th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Lynn C. Hartfield*
LYNN C. HARTFIELD
Attorney for Defendant Jerome Isham

ORDER RE: APPLICATION TO REVIEW JURY QUESTIONNAIRES
*U.S. v. Jerome Isham*, 18-cr-217-JCC – Page 2

LAW OFFICE OF LYNN C. HARTFIELD, LLC
387 Corona St., Suite 617
Denver, Colorado 80218
(720) 588-0571