JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-0217JCC |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL MEDICAL RECORDS |
| vs. | |
| JEROME JAY ISHAM, | |
| Defendant, | |

Having read Defendant Isham's Motion to Seal (the "Motion") due to the sensitive medical records contained in the pleading and filed in support of is Motion to Reduce Sentence, and the Court otherwise being fully advised in this matter, the Court hereby ORDERS that the Motion is GRANTED. The medical records at Docket Number 1116 shall remain sealed until further order of this Court.

DATED, this 24th day of September 2024.

*/s/ John C. Coughenour*

UNITED STATES DISTRICT JUDGE

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800 FAX (206) 624-2805

[PROPOSED] ORDER GRANTING
MOTION TO FILE UNDER SEAL
(Isham, CR18-0217JCC) - 1

*Presented by:*

/s Michael G. Martin
Michael G. Martin, WSBA No. 11508
Counsel for Jerome Isham
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com

[PROPOSED] ORDER GRANTING
MOTION TO FILE UNDER SEAL
(Isham, CR18-0217JCC) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805