The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEROME JAY ISHAM<br><br>Defendant. | NO. CR18-217 JCC<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL EXHIBITS 1 AND 2 TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR A REDUCTION IN SENTENCE UNDER 18 U.S.C. § 3582(c)(1) |

This matter has come before the Court on the motion to seal Exhibits 1 and 2 to the Government's Opposition to Defendant's Motion for a Reduction in Sentence Under 18 U.S.C. § 3582(c)(1). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibits 1 and 2 to the Government's Opposition to Defendant's Motion for a Reduction in Sentence Under 18 U.S.C. § 3582(c)(1), due to the sensitive information contained therein.

//
//
//
//

Sealing Order - 1
*U.S. v. Isham,* CR18-217 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED Exhibits 1 and 2 to the Government's Opposition to Defendant's Motion for a Reduction in Sentence under 18 U.S.C. § 3582(c)(1) be filed under seal.

DATED this 10th day of October, 2024.

JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

*s/ Karyn Johnson*
KARYN JOHNSON
Assistant United States Attorney

Sealing Order
*U.S. v. Isham,* CR18-217 JCC

- 2 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970