THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JEROME ISHAM,<br><br>　　　　　　Defendant. | CASE NO. CR18-0217-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on Defendant's unopposed motion to extend the deadline to reply to the Government's response to his motion for compassionate release (Dkt. No. 1123). Finding good cause, the Court extends Defendant's deadline to file his reply to **November 1, 2024**.

　　　DATED this 17th day of October 2024.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Kathleen Albert
　　　　　　　　　　　　　　　　　　　　Deputy Clerk